UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-mj-00016-SMM

UNITED STATES OF AMERICA,

v.

RALPH CASLER,

            Defendant.
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)? No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? No

                                            Respectfully submitted,

                                            JUAN ANTONIO GONZALEZ
                                            UNITED STATES ATTORNEY

             BY: _____
                                            Diana M. Acosta
                                            Assistant United States Attorney
                                            FL Bar No. 775185
                                            101 South U.S. Highway 1, Suite 3100
                                            Fort Pierce, Florida 34950
                                            Tel: 772-293-0981
                                            Fax: 772-466-1020
                                            Email: diana.acosta@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

AUSA Diana M. Acosta

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
| RALPH CASLER, | ) 22-mj-00016-SMM |
|  | ) |
|  | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 16, 2019 in the county of Martin County in the Southern District of Florida, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2197 | Misuse of Federal certificate, license or document |

This criminal complaint is based on these facts:

-SEE ATTACHED AFFIDAVIT-

☑ Continued on the attached sheet.

*Complainant's signature*

Caleb D. King, Special Agent, CGIS
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by Telephone-Facetime.

Date: February 17, 2022

*Judge's signature*

City and state: Fort Pierce, Florida

Shaniek M. Maynard, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Caleb D. King, being duly sworn, do state and attest as follows:

1. I am a Special Agent with the Coast Guard Investigative Service (CGIS). Prior to my employment with CGIS, I was a Special Agent with the Defense Criminal Investigative Service (DCIS) for 7 years and the United States Army Criminal Investigation Division Command (USACIDC) for 1.5 years. I am a graduate of USACIDC's Special Agent Course at Fort Leonard Wood, Missouri, and the DCIS Special Agent Basic Training Program at the Federal Law Enforcement Training Center. I also obtained a Juris Doctorate degree in 2020.

2. My law enforcement authority is derived from Title 14, United States Code, Section 525 which grants CGIS Special Agents law enforcement authority for any crime committed within the authority of the United States Coast Guard. Throughout my law enforcement career, I have received training on the investigation of offenses related to fraudulent Government documents and have conducted several investigations related to the use of forged Government documents.

3. This affidavit is submitted in support of an application for a Criminal Complaint charging RALPH CASLER ("CASLER") with using a forged Coast Guard Merchant Mariner Document in violation of Title 18, United States Code, Section 2197 on or about April 16, 2019, in the Southern District of Florida.

4. This affidavit is based on my personal investigation and on information obtained from witnesses, documents, information obtained through the issuance of Federal Grand Jury Subpoenas, a search warrant, and public records. Because this affidavit is being submitted for the limited purpose of establishing probable cause, it does not contain each and every detail about this investigation of which I am aware.

## STATUTORY BACKGROUND

5. Title 18, United States Code, Section 2197, makes it illegal to forge, counterfeit, or steal, or attempt to forge, counterfeit, or steal any certificate, license, or document issued to vessels, or officers or seamen by any officer or employee of the United States authorized by law to issue the same; or to unlawfully possess or knowingly use any such altered, changed, forged, counterfeit or stolen certificate, license, or document. The United States Coast Guard (USCG) is authorized to issue Merchant Mariner Credentials and Licenses (MMC) under Title 46, United States Code, Section 7101.

6. All mariners employed aboard United States merchant vessels that are 100 Gross Register Tons (domestic tonnage) or greater, except operators of uninspected passenger vessels, are required to have a valid USCG Merchant Marine Credential (MMC)[1]. An MMC is also required for a vessel operator who wishes to charge a fee for up to six passengers on an uninspected vessel. Many insurance companies that insure large recreational vessels require that a captain transporting a vessel of this tonnage on behalf of the owner hold an appropriate USCG MMC.

## PROBABLE CAUSE

7. In May of 2019, Ralph CASLER, a resident of Saint Lucie County, Florida, was hired as the delivery captain to transport a 64-foot Sunseeker yacht from the Southern District of Florida to Michigan by D.K. who had purchased the vessel in Broward County.

8. D.K. contacted a vessel insurance company ("Company 1") located in Broward to insure the vessel. To insure the vessel, Company 1 required the vessel delivery captain to have a valid and current USCG MMC.

9. On October 6, 2020, I interviewed D.K. According to D.K., in response to D.K.'s request for such a license, CASLER emailed D.K. a copy of USCG MMC#829798[2], purportedly issued to CASLER on August 15, 2016 by C.L. Russel, ("Officer in Charge of Marine Inspections") in Miami, Florida.

10. According to D.K., CASLER emailed a copy of USCG MMC#829798 to his email. D.K. received the email from CASLER sometime in April of 2019. Company 1 received an email from D.K., dated April 16, 2019, which attached CASLER's MMC. Company 1 forwarded me a copy this email and the attachment. This email contained no information regarding CASLER's email address or communications with D.K.

11. Although D.K. attempted to contract with Company 1 to insure the vessel, Company 1 recognized CASLER's license as fake and reported it to the USCG. According to Company 1, D.K. did not obtain insurance from Company 1 for the delivery of his vessel.

12. On October 6, 2020, D.K. emailed me a copy of the forged MMC D.K. had received from CASLER via email and an invoice, dated June 25, 2019, from CASLER for services related to the

---

[1] Prior to 2009, licenses to operate commercial vessels issued by the USCG were commonly called Merchant Mariner Licenses.
[2] This document is in the format of the legacy Merchant Mariner License but will be referred to as an MMC for simplicity in this affidavit.

transport of D.K.'s vessel. D.K.'s October 6, 2020 email did not include the email communications with CASLER or CASLER's email address or any metadata associated with this communication. D.K. refused to provide the original email, which would have contained CASLER's email address and associated metadata.

13. MMC's are issued and maintained by the USCG's National Maritime Center (NMC) located in Martinsburg, West Virginia. The National Maritime Center has no record of CASLER ever holding an MMC.

14. On October 6, 2020, I conducted a non-custodial video recorded interview of CASLER outside his residence in Saint Lucie County. During this interview, CASLER admitted to forging the license for insurance coverage purposes and providing a copy to D.K. CASLER admitted to delivering D.K.'s vessel to Michigan in June of 2019 and complained that D.K. had never paid CASLER for the delivery. CASLER also told me that he had deleted the email communications with D.K.

15. CASLER admitted to making the forgery from a real Merchant Mariner License that belonged to F.T.[2] According to CASLER, he made the forgery of F.T.'s license after F.T. passed away several years ago during which time CASLER was able to access the license. CASLER also admitted to using the forged license several times in the past. CASLER advised that he never applied for an MMC since he had failed one of the written tests required for licensure because he reads letters backwards.

16. On November 20, 2020, a federal search was to issued to Microsoft to produce emails from D.K. Records provided by Microsoft show CASLER's email account forwarded an email with the forged MMC to C.B. on April 16, 2019. C.B. was the yacht salesperson who brokered the sale of the Sunseeker yacht to D.K. The email indicates it was sent from the wireless internet of the Wrightsville Beach Marina, in Wrightsville Beach, North Carolina.

17. Records produced by Google for CASLER's email account show the recovery phone number for CASLER's email is the same phone number, ending with 9553, that I have communicated with CASLER on.

18. On April 16, 2019, C.B. forwarded the email with the attached forged MMC to D.K. According to the email header information, the email was sent from Wrightsville Beach, North Carolina.

19. On April 16, 2019, D.K. emailed the forged MMC to T.E., who worked for OYI, a yacht insurance broker located in Fort Lauderdale, Broward County, Florida in the Southern District of Florida.

20. On April 16, 2019, T.E. emailed the forged MMC to M.T., who worked for MPG, a yacht insurance company. M.T. was located in Hobe Sound, Martin County, Florida in the Southern District of Florida when he received this email.

21. Records produced by Bank of America show CASLER made several debit card purchases in North Carolina around April 16, 2019.

FURTHER SAYETH YOUR AFFIANT NAUGHT.

_____
Caleb D. King
Special Agent
U.S. Coast Guard Investigative Service

Sworn to before me, by telephone and video conference, in accordance with the requirements of Rule 4.1 of the Federal Rules of Criminal Procedure, this __17th__ day of February 2022.

_____
SHANIEK M. MAYNARD
United States Magistrate Judge

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NUMBER: 22-mj-00016-SMM

## BOND RECOMMENDATION

DEFENDANT: Ralph Casler

$ 75,000 PSB
**(Personal Surety)**(Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
DIANA M. ACOSTA
ASSISTANT U.S. ATTORNEY

Last Known Address: _____

What Facility: _____

Agent(s): Special Agent, Caleb D. King, CGIS
**(COAST GUARD INVESTIGATIVE SERVICE)**(DHS)(IRS)(OTHER)